OPINION — AG — ** MEMORANDUM ** AUTHORITY FOR THE LEGISLATURE TO BE IN SESSION ON SUNDAY (DAY, MONTH, TIME PERIOD, ADJOURN, SABBATH, GOVERNOR) — IF THE LEGISLATURE OF OKLAHOMA DECIDES TO AND DOES SIT IN SESSION ON A SUNDAY, SAID SESSION WOULD BE LEGAL AND THE DAY OF SAID SESSION WOULD BE A LEGISLATIVE DAY. (BUSINESS) CITE: ARTICLE V, SECTION 25, ARTICLE V, SECTION 30, ARTICLE VI, SECTION 11 (FRED HANSEN)